UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 23-cv-60001-BLOOM/Valle

**AISHIA PETERSEN,**

    Plaintiff,

v.

**RADLEY USA LLC.,**

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff **Aishia Petersen**, hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The parties would like to avoid any additional expense, and further the interests of judicial economy, while they focus efforts on finalizing the material terms of the settlement and reducing it to a writing. Plaintiff therefore requests this Court to vacate all currently set dates with the expectation that a Stipulation of Dismissal will be filed within sixty (60) days.

Dated this 17th day of February 2023.

                                          By: __/s/ Acacia Barros____
                                          Acacia Barros, Esq.
                                          Fla. Bar No. 106277
                                          **ACACIA BARROS, P.A.**
                                          11120 N Kendall Dr., Suite 201
                                          Miami, Florida 33176
                                          Telephone: 305-639-8381
                                          ab@barroswlawfirm.com
                                          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of February 2023 that the foregoing document has been filed using CM/ECF system and will be served on Defendant's counsel by email or efilng.

*s/Acacia Barros*
Attorney for Plaintiff
ACACIA BARROS, P.A.
