UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-cv-60001-BLOOM/Valle

**AISHIA PETERSEN,**

    Plaintiff,

v.

**RADLEY USA LLC.,**
    **Defendant.**
_____/

## NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff **AISHIA PETERSEN**, by and through undersigned counsel, requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each Party shall bear his or its own costs and fees, including attorneys' fees, incurred with this action.

Dated this 28th day of March 2023.

    By: __/s/ Acacia Barros____
    Acacia Barros, Esq.
    Fla. Bar No. 106277
    **ACACIA BARROS, P.A.**
    11120 N Kendall Dr., Suite 201
    Miami, Florida 33176
    Telephone: 305-639-8381
    ab@barroswlawfirm.com
    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March 2023 that the foregoing document has been filed using CM/ECF system and will be served on Defendant's counsel by email.

    *s/Acacia Barros*
    Attorney for Plaintiff
    ACACIA BARROS, P.A.